

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00197-CR

The **STATE** of Texas,
Appellant

v.

Robert **ROMO**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 414481
The Honorable Michael La Hood, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's Order granting Robert Romo's Motion to Suppress is AFFIRMED.

SIGNED June 17, 2015.

_____
Rebeca C. Martinez, Justice